United States Courts
Southern District of Texas
FILED
*January 13, 2026*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.

SONYA LEWIS,
Defendant

CRIMINAL NO.: **4:26-cr-00015**

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all times material to this Information:

### General Allegations

1. The Federal Employee's Compensation Act ("FECA") provided for the payment of workers' compensation benefits to federal employees who suffered an on-the-job injury. The benefits under FECA included continuation of pay for up to 45 calendar days, payment for all necessary medical care, and reimbursement for medically-related travel. The United States Department of Labor ("DOL") Office of Workers Compensation Program ("OWCP") administered FECA workers' compensation benefits.

2. DOL-OWCP and FECA provided wage loss compensation and medical benefits to employees of the United States Postal Service ("USPS"). To receive workers' compensation benefits, USPS employees who suffered an on-the-job injury were required to file an "on-the-job injury claim" with USPS, which would be reviewed for approval by DOL-OWCP. If approved, workers' compensation-related payments would begin shortly thereafter.

3. DOL-OWCP offered reimbursement to approved injured USPS employees for

traveling to and from physical therapy. Claimants seeking medically related travel reimbursements were required to complete Form OWCP-957, entitled Medical Travel Refund Request. Form OWCP-957 required claimants to provide information to substantiate their medically-related travel claims, including the date of the medically-related travel, the starting and ending locations of the medically-related travel, the name and address of the medical facility, and the total distance in miles traveled and any parking/toll fees incurred.

4. Defendant SONYA LEWIS was a resident of Houston, Texas, and was employed by the USPS.

## COUNT ONE
### False Statements Regarding Federal Employee Compensation
### (18 U.S.C. § 1920)

5. Paragraphs 1 through 4 are incorporated herein by reference.

6. Between in or about June 2021 and in or about December 2023, in the Southern District of Texas and elsewhere, the defendant,

**SONYA LEWIS,**

did knowingly and willfully make false statements on forms submitted to the DOL-OWCP claiming mileage reimbursement for physical therapy sessions that she did not actually attend.

All in violation of Title 18, United States Code, Section 1920.

NICHOLAS J. GANJEI
United States Attorney

By: *Alexander Alum*
Alexander Alum
Assistant United States Attorney

2